

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2015

No. 04-15-00098-CV

**EX PARTE** Armando **HERNANDEZ**

Original Habeas Corpus Proceeding[1]

### ORDER

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On February 26, 2015, Armando Hernandez filed a petition for writ of habeas corpus with an emergency motion to stay the trial court's order for contempt and commitment to county jail. Hernandez was held in contempt on February 23rd and ordered to commitment for refusing to answer questions propounded to him as a witness in an evidentiary hearing after invocation of his right against self-incrimination. This court is of the tentative opinion that relator may be entitled to the relief sought. *See* TEX. R. APP. P. 52.8(b); *see also Ex parte DeLeon*, 972 S.W.2d 23, 25-6 (Tex. 1998) (orig. proceeding).

It is ORDERED that Hernandez be released from the custody of the Bexar County Sheriff INSTANTER upon the payment of a cash bond in the amount of $1,000.00 paid to this court, pending final disposition of the petition for writ of habeas corpus. *See Ex parte Acker*, 949 S.W.2d 314, 316 (Tex. 1997) (temporarily releasing relator from confinement pending final resolution of petition with probable merit); *see also* TEX. R. APP. P. 52.8(b)(3).

**The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than March 6, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on February 26, 2015.

---

[1] This proceeding arises out of Cause No. 2014-CI-17077, styled *Armando Hernandez and Nancy Hernandez v. Mario Saldiver, Fernando Saldivar, Jorge Calderon and Jorge Saldivar*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.

ATTESTED TO: **Keith E. Hottle, Clerk**

**PER CURIAM**

